SOUTH JERSEY FURNITURE CORPORATION et al., respondents.

*v.*

WILLIAM T. DORSEY et al., appellants.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Ingersoll, whose opinion is reported in *95 N. J. Eq. 530.*

*Mr. Elmer Brown, Jr., Messrs. Moore & Butler* and *Mr. Patrick H. Harding,* for the respondents.

*Messrs. Endicott & Endicott* and *Mr. Richard J. Mackey,* for the appellants.

PER CURIAM.

The decree appeal from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.  15.

*For reversal*—None.